# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORREN JACKSON, on behalf of himself, all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>LMS TRANSPORTATION LLC; GREG SOUTHERN; ANDREA SOUTHERN; and DOES 3-100,<br><br>Defendants. | CASE NO. CV 20-8939-GW-Ex<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND** |

# ORDER

Based on the foregoing stipulation of the Parties, and good cause appearing for the same, it is hereby ordered that this action, *Jackson et al. v. LMS Transportation, LLC et al.*, C.D. Cal. Case No. 2:20-cv-08939-GW-E, be remanded back to the Los Angeles County Superior Court to pursue approval of the Parties' proposed class action settlement reached, without waiver or limitation of Defendants' right to remove the action to federal court if such settlement is not approved.

**IT IS SO ORDERED.**

Dated: January 25, 2021

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**